IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| DAVID WALSH,<br><br>  Plaintiff,<br><br>vs.<br><br>BRIDGESTONE RETAIL<br>OPERATIONS, LLC,<br><br>  Defendant. | CV 12–64–BU–DLC<br><br>ORDER<br><br>**FILED**<br>NOV 0 7 2013<br>Clerk, U.S. District Court<br>District Of Montana<br>Missoula |

The parties filed a joint motion to dismiss this action with prejudice and approve settlement. (Doc. 19.) Pursuant to the Court's November 6, 2013 order (Doc. 20), the parties filed the Confidential Settlement Agreement and Release for which they seek the Court's approval (Doc. 22).

The Court has carefully reviewed the Confidential Settlement Agreement and Release, and finds that it fully and fairly resolves all outstanding claims and

1

issues between the parties, and that it is sufficiently detailed in content and terms. Plaintiff and Defendant agree that the settlement terms are fair and reasonable, and represent that the agreement was negotiated in good faith by and through counsel with the assistance of a mediator.

Accordingly, IT IS ORDERED that the joint motion (Doc. 19) is GRANTED, and that this entire action is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that the Confidential Settlement Agreement and Release (Doc. 22) is APPROVED.

Dated this 7th day of November, 2013.

Dana L. Christensen, Chief Judge
United States District Court